

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-13-00155-CR &
06-13-00156-CR

---

JUSTIN CLARK, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 204th District Court
Dallas County, Texas
Trial Court Nos. F-1261948-Q & F-1262793-Q

---

Before Morriss, C.J., Carter and Moseley, JJ.

O R D E R

Court reporter Marissa Garza recorded the trial court proceedings in cause numbers 06-13-00155-CR and 06-13-00156-CR, styled *Justin Clark v. The State of Texas*, trial court cause numbers F-1261948-Q and F-1262793-Q, in the 204th Judicial District Court of Dallas County, Texas. Sentence was imposed in both cases on May 31, 2013. The reporter's record was originally due in this case July 30, 2013. Our clerk's office contacted Garza, who informed us that the record would be electronically filed by August 19, 2013. We have received neither the record nor a properly filed and supported request for additional time.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

Therefore, we hereby order Marissa Garza to file the reporter's record in cause numbers 06-13-00155-CR and 06-13-00156-CR, both styled *Justin Clark v. The State of Texas*, trial court cause numbers F-1261948-Q and F-1262793-Q, to be received by this Court no later than Friday, August 30, 2013.

If the record is not received by August 30, we warn Garza that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   August 23, 2013